DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RON DAVIDSON** and **HILA DAVIDSON,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY,**
Appellee.

No. 4D22-1711

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE20015886.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Melisa Manganelli of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***